# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

146440(103)(104)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

INTERNATIONAL BUSINESS MACHINES
CORPORATION,
        Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
        Defendant-Appellee.

SC: 146440
COA: 306618
Court of Claims: 11-000033-MT

_____/

On order of the Court, the motion for immediate consideration is GRANTED. Lorillard Tobacco Company's motion to intervene is considered, and it is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk

h0826